**Opinion issued July 23, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00433-CV

————————————

## IN RE LORIE A. PFEIL AND PFEIL FITNESS, INC., Relators

———————————————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————————————

### MEMORANDUM OPINION

Relators, Lorie A. Pfeil and Pfeil Fitness, Inc., have filed a petition for a writ of mandamus, challenging an order granting the motion of real party in interest, Carlyle/FR Houston Investors, L.P., to compel the deposition of Lorie A. Pfeil and awarding attorney's fees to Carlyle's counsel.[1]

---

[1] The underlying case is *First Industrial, LP v. Pfeil Fitness, Inc. and Lorie A. Pfeil*, cause number 791725, in the County Civil Court at Law No. 3 of Harris County, Texas, the Honorable Linda Storey presiding.

We deny the petition and real party in interest's request for sanctions pursuant to Texas Rule of Appellate Procedure 52.11. We vacate our order issued on May 12, 2015, staying relators' deadlines to respond to discovery requests and the trial court's April 29, 2015 order.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.